# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRANCISCO MAGANA | § | Case No. 10-57025 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee application(s) and any objection to the Final Report will be held at:

10:30 a.m. on June 19, 2012
in Courtroom 642, U. S. Courthouse
219 South Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By:  _____Kenneth S. Gardner_____
                                                                                   Clerk of the Bankruptcy Court

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FRANCISCO MAGANA | § | Case No. 10-57025 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,100.55 |
| and approved disbursements of | $ | 37.96 |
| leaving a balance on hand of[1] | $ | 6,062.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: TRUSTEE STEVEN R. RADTKE | $ 1,360.06 | $ 0.00 | $ 1,360.06 |
| Trustee Expenses: TRUSTEE STEVEN R. RADTKE | $ 3.90 | $ 0.00 | $ 3.90 |
| Attorney for Trustee Fees: STEVEN R. RADTKE | $ 2,189.90 | $ 0.00 | $ 2,189.90 |
| Attorney for Trustee Expenses: STEVEN R. RADTKE | $ 11.76 | $ 0.00 | $ 11.76 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,565.62 |
| Remaining Balance | | $ | 2,496.97 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 76.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Centurion Bank | $ 76.66 | $ 0.00 | $ 76.66 |
| | Total to be paid to timely general unsecured creditors | | | $ 76.66 |
| | Remaining Balance | | | $ 2,420.31 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,420.31 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Rush University Medical Center | $ 854.96 | $ 0.00 | $ 854.96 |
| 3 | City Of Chicago | $ 1,565.35 | $ 0.00 | $ 1,565.35 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 2,420.31 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
                              Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
```

In re:                                                            Case No. 10-57025-TAB
Francisco Magana                                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: adragonet            Page 1 of 2          Date Rcvd: May 18, 2012
                               Form ID: pdf006            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2012.
```
db           +Francisco Magana,    14142 Timothy Drive,    Orland Park, IL 60462-2242
16599470     +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
16599469     +Alam Magana,    589 W. Mariposa Street,    Chandler, AZ 85225-2947
17430203      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16599471     +CHASE,   10790 RANCHO BERNARDO RD,    SAN DIEGO, CA 92127-5705
16599473     +City of Chicago,    Goldman & Grant,    205 W. Randolph St.,    Ste. 1100,   Chicago, IL 60606-1813
16599474      Computer Credit, Inc.,    640 W. Fourth Street,    P.O. Box 5238,    Winston-Salem, NC 27113-5238
16599475     +Grand Canyon Title Agency, Inc.,    2720 E. Camelback Rd., Suite 100,    Phoenix, AZ 85016-4394
16599476     +Octavio Hernandez,    589 W. Mariposa Street,    Chandler, AZ 85225-2947
16599478     +PIF INC.,    23425 N 39TH DR STE 104-79,    GLENDALE, AZ 85310-4199
16599479     +Renee Keane,    14142 Timothy Drive,    Orland Par, IL 60462-2242
16599480     +Renee Keane,    14142 Timothy Drive,    Orland Park, IL 60462-2242
16599481      Rush University Medical Center,    P.O. Box 4075,    Carol Stream, IL 60197-4075
18373328     +Rush University Medical Center,    1700 W. Van Buren St.,    Ste. 195,   Chicago, IL 60612-3228
16599482      Tiffany & Bosco, P.A.,    2525 East Camelback Road,    Phoenix, Arizona 85016-9240
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16599472     ##+CITIMORTGAGE INC,    PO BOX 9438,    GAITHERSBURG, MD 20898-9438
16599477     ##+OCWEN LOAN SERVICING L,    12650 INGENUITY DR,    ORLANDO, FL 32826-2703
```
                                                                                               TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 20, 2012**                        **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: adragonet            Page 2 of 2            Date Rcvd: May 18, 2012
                              Form ID: pdf006            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2012 at the address(es) listed below:
          Brian J Tharp    on behalf of Debtor Francisco Magana btharp@gundersontharp.com, mgunderson@gundersontharp.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Steven R Radtke    sradtke@chillchillradtke.com,    sradtke@ecf.epiqsystems.com
          Steven R Radtke    on behalf of Trustee Steven Radtke sradtke@chillchillradtke.com
          Timothy R Yueill    on behalf of Creditor   CitiMortgage, Inc. timothyy@nevellaw.com
          TOTAL: 5