UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| FRANCISCO MAGANA | § | Case No. 10-57025 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
| --- | --- |
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/STEVEN R. RADTKE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CHASE 10790 RANCHO BERNARDO RD SAN DIEGO, CA 92127 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITIMORTGAGE INC PO BOX 9438 GAITHERSBURG, MD 20898 | | | | | |
| | Grand Canyon Title Agency, Inc. 2720 E. Camelback Rd., Suite 100 Phoenix, AZ 85016 | | | | | |
| | OCWEN LOAN SERVICING L 12650 INGENUITY DR ORLANDO, FL 32826 | | | | | |
| | PIF INC. 23425 N 39TH DR STE 104-79 GLENDALE, AZ 85310 | | | | | |
| | PIF INC. 23425 N 39TH DR STE 104-79 GLENDALE, AZ 85310 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE STEVEN R. RADTKE | | | | | |
| TRUSTEE STEVEN R. RADTKE | | | | | |
| Bank of America | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMEX PO BOX 297871 FORT LAUDERDALE, FL 33329 | | | | | |
| | City of Chicago Department of Building Codes 400 W. Superior Street Chicago, IL 60654 | | | | | |
| | Computer Credit, Inc. 640 W. Fourth Street P.O. Box 5238 Winston-Salem, NC 27113-5238 | | | | | |
| | Rush University Medical Center P.O. Box 4075 Carol Stream, IL 60197-4075 | | | | | |
| | Tiffany & Bosco, P.A. 2525 East Camelback Road Phoenix, Arizona 85016-9240 | | | | | |
| 1 | American Express Centurion Bank | | | | | |
| 3 | City Of Chicago | | | | | |
| 2 | Rush University Medical Center | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-57025 | SPS | Judge: | Susan Pierson Sonderby | Trustee Name: | STEVEN R. RADTKE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | FRANCISCO MAGANA | | | | Date Filed (f) or Converted (c): | 12/28/2010 (f) |
| | | | | | 341(a) Meeting Date: | 02/14/2011 |
| For Period Ending: | 09/11/2012 | | | | Claims Bar Date: | 07/05/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 14142 Timothy Drive Orland Park, IL 60462 Single Family Dwel | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 20128 N. Madison Drive Maricopa, AZ 85138 Single Family Dwel | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 1471 W. Erie Street Chicago, IL 60622 3 Flat Building TO BE | 450,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 64 W. Erie Street Chandler, AZ 85225 6 Unit Building On titl | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Savings account with ING | 920.00 | 920.00 | DA | 0.00 | FA |
| 6. Checking account with Chase Bank | 3,200.00 | 3,200.00 | DA | 0.00 | FA |
| 7. Used household goods, furnishings, electronics | 600.00 | 600.00 | DA | 0.00 | FA |
| 8. Necessary wearing apparel | 200.00 | 200.00 | DA | 0.00 | FA |
| 9. Term life insurance - No cash surrender value | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 2005 BMW 325Ci | 9,000.00 | 9,000.00 | | 6,100.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.55 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,093,920.00    $13,920.00    $6,100.55    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of automobile; TFR prepared; needs review then to UST Reviewer for approval; TFR filed; orders entered; checks mailed; waiting to prepare TDR

Initial Projected Date of Final Report (TFR): 08/31/2012    Current Projected Date of Final Report (TFR):

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-57025 | Trustee Name: STEVEN R. RADTKE |
| Case Name: FRANCISCO MAGANA | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9960 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX8987 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/11/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/27/11 | 10 | MAGANA, FRANCISCO 14142 TIMOTHY DRIVE ORLAND PARK, IL 60462 | proceeds of sale of automobile | 1129-000 | $6,100.00 | | $6,100.00 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,100.05 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,100.10 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,100.15 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.06 | | $6,100.21 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,100.26 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,100.31 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.77 | $6,092.54 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,092.59 |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.51 | $6,085.08 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,085.13 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.50 | $6,077.63 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,077.68 |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.97 | $6,069.71 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.05 | | $6,069.76 |

Page Subtotals: $6,100.51 $30.75

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-57025 | Trustee Name: STEVEN R. RADTKE |
| Case Name: FRANCISCO MAGANA | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9960 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX8987 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 09/11/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $7.21 | $6,062.55 |
| 03/23/12 | INT | Bank of America | Post accrued interest for account number 4437829960. | 1270-000 | $0.04 | | $6,062.59 |
| 03/23/12 | | Transfer to Acct # xxxxxx0551 | Transfer of Funds from MMA account xxx9960 to Checking account xxx0551 | 9999-000 | | $6,062.59 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $6,100.55 | $6,100.55 |
| Less: Bank Transfers/CD's | $0.00 | $6,062.59 |
| Subtotal | $6,100.55 | $37.96 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,100.55 | $37.96 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.04 | $6,069.80 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-57025 | Trustee Name: | STEVEN R. RADTKE |
| Case Name: | FRANCISCO MAGANA | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX0551 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8987 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/11/2012 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/12 | | Transfer from Acct # xxxxxx9960 | Transfer of Funds from MMA account xxx9960 to Checking account xxx0551 | 9999-000 | $6,062.59 | | $6,062.59 |
| 06/21/12 | 101 | TRUSTEE STEVEN R. RADTKE<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,360.06 | $4,702.53 |
| 06/21/12 | 102 | TRUSTEE STEVEN R. RADTKE<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $3.90 | $4,698.63 |
| 06/21/12 | 103 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $2,189.90 | $2,508.73 |
| 06/21/12 | 104 | STEVEN R. RADTKE<br>CHILL, CHILL & RADTKE, P.C.<br>79 WEST MONROE STREET<br>SUITE 1305<br>CHICAGO, IL 60603<br>, | Final distribution representing a payment of 100.00 % per court order. | 3120-000 | | $11.76 | $2,496.97 |
| 06/21/12 | 105 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 7100-000 | | $76.66 | $2,420.31 |
| 06/21/12 | 106 | Rush University Medical Center<br>1700 W. Van Buren St.<br>Ste. 195<br>Chicago, Il 60612 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | 7200-000 | | $854.96 | $1,565.35 |
| 06/21/12 | 107 | City Of Chicago<br>Goldman & Grant<br>205 W. Randolph St.<br>Ste. 1100<br>Chicago, Il 60606 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | 7200-000 | | $1,565.35 | $0.00 |

Page Subtotals: $6,062.59  $6,062.59

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

| | | |
|---|---:|---:|
| COLUMN TOTALS | $6,062.59 | $6,062.59 |
| Less: Bank Transfers/CD's | $6,062.59 | $0.00 |
| Subtotal | $0.00 | $6,062.59 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $6,062.59 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0551 - Checking | $0.00 | $6,062.59 | $0.00 |
| XXXXXX9960 - Money Market Account | $6,100.55 | $37.96 | $0.00 |
|  | $6,100.55 | $6,100.55 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,100.55 |
| Total Gross Receipts: | $6,100.55 |

Page Subtotals:         $0.00         $0.00